IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | : | |
| COMPLAINT OF DAWN BEASLEY, | : | CASE NO. 3:22-CV-110 (CAR) |
| et al, In re 2020 MERCURY | : | |
| NITRO Z-18. | : | |
| _____ | | |

## ORDER ACCEPTING SECURITY

Currently before the Court is Limitation Plaintiffs Dawn R. Beasley, and John D. Beasley's (hereinafter, the "Limitation Plaintiffs") Motion to Accept Security [Doc. 4]. The Limitation Plaintiffs are owners of a 2020 Mercury Nitro Z-18 (Hull Identification No.: BUJ50524B020, Georgia Registration No. GA5722EA, hereinafter, the "Limitation Vessel") in this action for exoneration from or limitation of liability arising from an accident that occurred on or about May 22, 2022 on Lake Hartwell near Carters Ferry in Hart County, Georgia (hereinafter, "the Accident") during the Limitation Vessel's voyage on Lake Hartwell (hereinafter, the "Voyage"), as more fully set forth in the Limitation Complaint.

The Limitation Plaintiffs have tendered to this Court a Letter of Undertaking ("LOU") from Progressive Gulf Insurance Company in the amount of TWELVE THOUSAND AND 00/100 DOLLARS ($12,000.00) (U.S.) in satisfaction of their requirement to post security for the amount of their interest in the Limitation Vessel, as set forth in their *Ad Interim* Stipulation for Value [ECF No. 3] and ONE THOUSAND

DOLLARS AND 00/100 ($1,000.00) (U.S.) for costs, as set forth in their Stipulation for Costs [ECF No. 2].

On application of the Limitation Plaintiffs, by counsel, **IT IS HEREBY ORDERED:** That the Clerk of the Court shall accept the funds tendered to the Court as described above and that such tender satisfies the security requirements of 46 U.S.C. § 30511 and Supplemental Rule F(1) inclusive of interest and costs not previously stipulated to by the Limitation Plaintiffs in this matter, without prejudice to the right of any claimant to seek additional security under Supplemental Rule F(7).

**SO ORDERED**, this 21st day of November, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT