IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN THE MATTER OF THE
COMPLAINT OF DDAWN BALEY, et al,   CASE NO. 3:22-CV-110 (CAR)
In re 2020 MERCURY NITRO Z-18.

# D E F A U L T   J U D G M E N T

Pursuant to this Court's Order dated March 7, 2023, and for the reasons stated therein, Default Judgment is hereby entered against the Defaulted parties and the Defaulted claims against either the Limitation Plaintiffs or the Limitation Vessel arising from the accident.

This 7th day of March, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk